JSM/RAD/bla-12669.A1A5

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| The Estate of ERNESTINE COMACHO, by and through its Administrator, HILDA GUTIERREZ,<br><br>Plaintiff,<br><br>vs.<br><br>SSC WESTCHESTER OPERATING COMPANY, LLC, d/b/a Westchester Health & Rehabilitation Center,<br><br>Defendant. | No. 11 CV 789 |

## DISMISSAL ORDER

THIS CAUSE coming on to be heard on the dismissal of this cause of action, due notice having been given and the court being advised in the premises:

IT IS HEREBY ORDERED that this cause of action and all third party complaints be dismissed with prejudice and without costs to either party as all matters in controversy have been settled. The court retains jurisdiction to enforce the terms of the settlement.

ENTERED:_____

_____
JUDGE

J. Scott Myers (# 2007061)
Robert A. Dawczak (#6210282)
Dave E. Morgans (# 1959743)
Joshua M. Rosenstein (# 6287236)
myers carden & sax LLC
30 N. La Salle Street, Suite 2200
Chicago, Illinois 60602
Ph: (312) 345-7250 / Fx: (312) 345-7251