JSM/RAD/bla-12669.A1A5

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| The Estate of ERNESTINE COMACHO, by and through its Administrator, HILDA GUTIERREZ,<br><br>　　　　　　Plaintiff,<br>　vs.<br><br>SSC WESTCHESTER OPERATING COMPANY, LLC, d/b/a Westchester Health & Rehabilitation Center,<br><br>　　　　　　Defendant. | No. 11 CV 789 |

### NOTICE OF MOTION

To:　Richard M. Goldman, RICHARD M. GOLDMAN, 555 Skokie Blvd., Suite 500, Northbrook, IL 60062; and

　　Please take notice that on November 1, 2011 at 10:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable George M. Marovich, or any judge sitting in his stead in the courtroom usually occupied by him in Room 1843, of the Everett McKinley Dirksen United States Courthouse, located at 219 S. Dearborn Street, Chicago, IL, and shall then and there present the attached Motion to Dismiss Pursuant to Settlement, a true and correct copy of which is hereby served upon you.

Dated: October 21, 2011

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　myers carden & sax LLC


　　　　　　　　　　　　　　　　By:　　/s/Robert A. Dawczak
　　　　　　　　　　　　　　　　　　　Attorneys for Defendant,
　　　　　　　　　　　　　　　　　　　SSC WESTCHESTER OPERATING COMPANY, LLC

J. Scott Myers (#2007061)
Robert A. Dawczak (#6210282)
David E. Morgans (#1959743)
Joshua M. Rosenstein (#6287236)
myers carden & sax LLC
Thirty N. LaSalle Street, Suite 2200
Chicago, Illinois  60602
Ph:  312/345-7250 / Fx:  312/345-7251

PROOF OF SERVICE

    I, Briana Augustyn, a non-attorney, certify that a copy of this Notice of Filing and Certificate of Service were served upon the parties of record by electronic mail on October 21, 2011, and regular mail by depositing same in the U.S. Mail located at 30 N. LaSalle Street, Chicago, Illinois at or before 5:00 p.m. on October 21, 2011.

                                                         /s/Briana Augustyn