**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 4.2**
**Eastern Division**

Ernestine Comacho, et al.
                                          Plaintiff,

v.                                                    Case No.: 1:11−cv−00789
                                                     Honorable George M. Marovich

SSC Westchester Operating Company, LLC
                                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, October 24, 2011:

      MINUTE entry before Honorable George M. Marovich:Motion hearing set for 11/1/2011 is stricken. Defendant's motion to dismiss [29] is denied as moot.Mailed notice(clw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.